IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY SALVATO, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 3:06-CV-1124 (SAF) |
| v. | ) ) (Consolidated with 3:06-CV-1972) |
| ZALE CORPORATION, RICHARD C. MARCUS, MARY L. FORTÉ, J. GLEN ADAMS, MARY E. BURTON, SUE E. GOVE, JOHN B. LOWE, JR., THOMAS C. SHULL, DAVID M. SZYMANKSI, MARK R. LENZ, GREGORY HUMENESKY, ERV POLZE, STEVE MASSANELLI, STEVE STRONG, HILARY MOLAY, PAUL LOGAN, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER APPROVING MODIFICATION OF APPROVED SETTLEMENT AGREEMENT

Having considered the Joint Motion to Modify the Approved Settlement Agreement, all arguments made in support of this Motion, and finding the Motion to be made for good cause and in the best interest of the Class:

It is hereby **ORDERED** that the Joint Motion to Modify the Approved Settlement Agreement is GRANTED.

**SO ORDERED**.

April 23, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE